IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) BENJAMIN SOTO-FEBUS**, a/k/a Abeja<br>2) JOSE PAGAN-HUERTAS<br>3) RAMON REYES-VALCARCEL<br>Defendants | CRIMINAL 11-0566CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 9, 2012 (**docket entry 55**) on a Rule 11 proceeding of defendant Benjamín Soto-Febus (1) held before U.S. Magistrate Judge Marcos E. López on April 4, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 4, 2012. The **sentencing hearing is set for July 10, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 27, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge